UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATRICIA A. GRANT, PH.D.,

     Plaintiff,

vs.

DEBORAH ELAINE GRANT SEABRON,
PH.D, Individually and as Executor/
Administrator of The Estate of Burnett
Grant, *et al.*,

     Defendants.

Case No. 3:25-cv-391

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER:  (1) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 6); (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 5); (3) DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION; (4) ORDERING PLAINTIFF TO PAY THE FILING FEE AND ADMINISTRATIVE FEE BY MARCH 31, 2026; (5) PUTTING PLAINTIFF ON NOTICE THAT SHOULD SHE NOT PAY THE REQUIRED FEES, HER CASE MAY BE DISMISSED; (6) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (7) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS***

_____

Plaintiff Patricia A. Grant, Ph.D, brings this case *pro se* under an application to proceed *in forma pauperis* ("IFP") against Defendants Deborah Elaine Grant Seabron, Ph.D, and attorney Johnny W. Thomas.  Doc. No 1-1.  On January 10, 2026, Magistrate Judge Caroline H. Gentry issued a Report and Recommendation ("R&R") in which she recommended that the Court deny Plaintiff's IFP application.  Doc. No. 5.  Plaintiff filed timely objections to the R&R.  Doc. No. 6. Thus, her objections to the R&R are now ripe for review.

The Court has reviewed *de novo,* as required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), Plaintiff's objections and all filings in this matter.  Liberally construing Plaintiff's *pro se* filings in her favor and accepting her factual allegations as true, the Court finds no merit in Plaintiff's objections.  *See Brent v. Wayne Cnty. Dep't of Hum. Servs.*, 901 F.3d 656, 676 (6th Cir. 2018) ("We

liberally construe *pro se* filings"). Judge Gentry's R&R is not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a).

Accordingly, Plaintiff's objections are **OVERRULED**. The R&R is hereby **ADOPTED**. As such, the Court **ORDERS** Plaintiff to pay $405 (the $350 filing fee plus a $55 administrative fee) in full by **March 31, 2026**. Plaintiff is hereby **ON NOTICE** that, should she not pay the required fees by **March 31, 2026**, her case may be dismissed.

Finally, no appeal is presently available in this case because this Order is not a final appealable order and Plaintiff's claims remain pending. *See* 28 U.S.C. § 1291; *cf. Sultaana v. Jerman*, No. 1:15-cv-382, 2020 WL 13889761, at *5 (N.D. Ohio Jan. 7, 2020) (quoting *Cleaver v. Elias*, 852 F.2d 266, 267 (7th Cir. 1988) ("An appeal is possible in the absence of [a Rule 58 final judgment] only if the district court has clearly disposed of all pending matters")). Because of this and for the reasons set forth herein, the Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith, and consequently, **DENIES** Plaintiff leave to appeal this Order *in forma pauperis*.

**IT IS SO ORDERED.**

March 11, 2026                     s/*Michael J. Newman*
                                           Hon. Michael J. Newman
                                           United States District Judge